FILED

JUL 21 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1791-GT |
| Plaintiff, | **Superseding** <br> I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325 - <br> Illegal Entry (Misdemeanor); |
| JORGE HERNANDEZ-GARCIA, | Title 8, U.S.C., Sec. 1325 - |
| Defendant. | Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about  11-27-06 , within the Southern District of California, defendant JORGE HERNANDEZ-GARCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

CJB:es:San Diego
7/10/08

<u>Count 2</u>

On or about May 6, 2008, within the Southern District of California, defendant JORGE HERNANDEZ-GARCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 7-21-08.

KAREN P. HEWITT
United States Attorney

*[signature]*

CARLA J. BRESSLER
Assistant U.S. Attorney